IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03519-RM-MJW

J. LEE BROWNING BELIZE TRUST, by Judi B. Francis, Trustee,

Plaintiff,

v.

ASPEN MOUNTAIN CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,
and
STATE OF COLORADO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Reconsider Order Denying Motion to Continue the Scheduling/Planning Conference (Docket No. 16) and Plaintiff's Unopposed Motion to Reconsider Motion of Aspen Mountain Condominium Assn., Inc. to Continue Scheduling Conference Now Set for February 24, 2014 (Docket No. 18) are both GRANTED.  It is thus further

ORDERED that the Scheduling Conference set on February 24, 2014, at 1:30 p.m. is VACATED and RESET on April 16, 2014, at 9:00 a.m.  The proposed Scheduling Order shall be filed on or before April 9, 2014.  It is further

ORDERED that counsel may participate in this Scheduling Conference by telephone.  Plaintiff shall make arrangements for the conference call by either providing counsel and the court with the telephone number to call into or initiating the conference call and once all counsel are on the line, calling the court at (303) 844-2403.

Date: February 19, 2014