IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03519-RM-MJW

J. LEE BROWNING BELIZE TRUST, by Judi B. Francis, Trustee,

Plaintiff,

v.

ASPEN MOUNTAIN CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,
and
STATE OF COLORADO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 25) is GRANTED for good cause shown.  The First Amended Complaint (Docket No. 25-1) is accepted for filing.  The court finds there is no undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment.  See <u>Bylin v. Billings</u>, 568 F.3d 1224, 1229 (10th Cir. 2009) (quoting <u>Frank v. U.S. West, Inc.</u>, 3 F.3d 1357, 1365 (10th Cir. 1993)).

     It is FURTHER ORDERED that Defendant Aspen Mountain Condominium Association, Inc's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Docket No. 12) is DENIED AS MOOT as the motion is now directed to an inoperative, superceded pleading.  See, e.g., <u>Gilles v. United States</u>, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

Date: April 10, 2014