IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03519-RM-MJW

J. LEE BROWNING BELIZE TRUST, by Judi B. Francis, Trustee,

Plaintiff,

v.

ASPEN MOUNTAIN CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion for Order Granting Substitution of Attorney (Docket No. 59) is GRANTED;

- The Clerk of Court is directed to treat the motion as an entry of appearance on Defendant's behalf by:

    Benjamin Michael Wegener
    Younge & Hockensmith, P.C.
    743 Horizon Court
    #200
    Grand Junction, CO 81506
    970-242-2645
    Fax: 970-241-5719
    Email: ben@youngelaw.com
    Colorado Bar No. 36952

- Attorney Margaret Foley is hereby WITHDRAWN as counsel of record for Defendant, and the Clerk of Court is directed to remove Ms. Foley from electronic service in this matter.

Date: September 23, 2015