# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-03519-RM-MJW

J. LEE BROWNING BELIZE TRUST, BY JUDI B. FRANCIS, Trustee,

    Plaintiff,

v.

ASPEN MOUNTAIN CONDOMINIUM ASSOCIATION, INC., a Colorado Corporation,

    Defendant.

---

## ORDER
---

Upon consideration of the responses filed by the parties (ECF Nos. 74, 75), on or before Friday, December 11, 2015, the parties are ORDERED to file replies, limited to 20 pages (excluding exhibits), to address or set forth the following, citing to any applicable rules, statutes, and case law where appropriate:

(1) All requests by Plaintiff to amend the complaint in the District Court, Pitkin County, Colorado action (the "State Court Action") to add any claim which has been raised in the action before this Court;

(2) All other requests to amend the complaint in the State Court Action made by Plaintiff;

(3) The "finality" of the State Court judgment under the doctrine of res judicata or claim preclusion, in light the pending appeals; and

(4) The conditions requiring *Younger* abstention and, in particular, the application of the doctrine (i) where the state proceeding is on appeal; and/or (ii) in cases similar or analogous to the one at hand.

With its reply, Plaintiff shall submit copies of all documents filed in the State Court Action showing all requests to amend and all orders by the State Court addressing such requests.

In addition to the foregoing, the parties' replies may address any other matter raised in the opposing party's response.

DATED this 1st day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge